

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVON PRODUCTS, INC.,

                             Plaintiff,

           -against-

CHATTEM, INC.,

                           Defendant.

Civil Action No. _____

**Rule 7.1 Statement**

07 CV 11434

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Avon Products, Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:     New York, New York
            December 20, 2007

                                 CHADBOURNE & PARKE LLP

                                 By_____
                                 Joseph A. Calvaruso (JC-9474)
                                 Peter Bucci (PB-5893)
                                 Dennis C. Hopkins (DH-3767)
                                 30 Rockefeller Plaza
                                 New York, New York  10112
                                 (212) 408-5100
                                 JCalvaruso@Chadbourne.com
                                 PBucci@Chadbourne.com
                                 DHopkins@Chadbourne.com