UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC.,<br><br>        Plaintiff,<br><br>   -against-<br><br>CHATTEM, INC.,<br><br>        Defendant. | Civil Action No. 1:07-CV-11434-DC<br><br>**JURY TRIAL DEMANDED** |

## CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF AVON PRODUCTS, INC. TO SERVE ITS COMPLAINT

Plaintiff Avon Products, Inc. and Defendant Chattem, Inc., by and through their undersigned counsel, and hereby move the Court pursuant to Fed. R. Civ. P. Rule 4(m) for an extension of time, through and including June 20, 2008, for Plaintiff to serve its Complaint. This is the first extension to serve that has been sought and this extension is being requested in order to allow the parties to continue settlement discussions. This extension is therefore being requested for good cause and not for the purpose of delay.

A proposed Order granting this consent motion is attached hereto.

Respectfully submitted this ___ day of April_____, 2008.

| | |
|---|---|
| _/s/ Joseph A. Calvaruso by /k/_<br>Joseph A. Calvaruso<br>**Orrick, Herrington & Sutcliffe LLP**<br>666 Fifth Avenue<br>New York, NY 10103-0001<br>Tel. (212) 506-5140<br>Fax. (212) 506-5151<br><br>Attorney for Plaintiff<br>Avon Products, Inc. | _/s/ Dominick A. Conde_<br>Dominick A. Conde<br>**Fitzpatrick, Cella, Harper & Scinto**<br>30 Rockefeller Plaza<br>New York, NY 10112-3801<br>Tel. (212) 218-2204<br>Fax. (212) 218-2200<br><br>Attorney for Defendant<br>Chattem, Inc. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CHATTEM, INC., <br><br> Defendant. | Civil Action No. 1:07-CV-11434-DC <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] CONSENT ORDER

This Court having considered the Consent Motion for Extension of Time for Plaintiff Avon Products, Inc. to Serve its Complaint, and having concluded that there is good cause for granting same,

IT IS HEREBY ORDERED that the Plaintiff Avon Products Inc.'s time to serve its Complaint is extended through and including June 20, 2008.

SO ORDERED, this ____ day of _____, 2008.

_____
Denny Chin
United States District Court
Southern District of New York

160415379-1
OHS East:160415379.1
20303-2001 RFM/GZB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVON PRODUCTS, INC.,<br><br>                        Plaintiff,<br><br>-against-<br><br>CHATTEM, INC.,<br><br>                        Defendant. | Civil Action No. 1:07-CV-11434-DC<br><br>**JURY TRIAL DEMANDED** |

### CERTIFICATE OF SERVICE

I herby certify that on _April 15, 2008_ a copy of the foregoing "**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF AVON PRODUCTS, INC. TO SERVE ITS COMPLAINT**" was caused to be served upon the following attorney for defendant Chattem, Inc.:

Dominick A. Conde, Esq.
**Fitzpatrick, Cella, Harper & Scinto**
30 Rockefeller Plaza
New York, NY 10112-3801

_____
Richard F. Martinelli
**Orrick, Herrington & Sutcliffe LLP**
666 Fifth Avenue
New York, NY 10103-0001
Attorney for Plaintiff
Avon Products, Inc.