



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

April 16, 2008

Joseph A. Calvaruso
(212) 506-5140
jcalvaruso@orrick.com

**VIA FACSIMILE**

Hon. Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

      Re:   Avon Products, Inc. v. Chattem, Inc.
              Civil Action No. 1:07-CV-11434-DC
              Our Reference: 020303-002001

Dear Sir:

      The parties have consented to an extension of time, through and including June 20, 2008, for Plaintiff to serve its Complaint. This is the first extension to serve that has been sought and this extension is being requested in order to allow the parties to continue settlement discussions. This extension is therefore being requested for good cause and not for the purpose of delay.

Very truly yours,

Joseph A. Calvaruso w/ remiss

JAC:gb

cc: Dominick A. Conde, Esq.
    (Counsel for Defendant, via fax)

*[Handwritten annotation:]* Application GRANTED. The parties' "consent motion for extension of time" dated 4/15/08 is terminated as moot. SO ORDERED.

USDJ
4/16/08

OHS East:160416711.1