# ORRICK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

June 17, 2008

Joseph A. Calvaruso
(212) 506-5140
jcalvaruso@orrick.com

**VIA FACSIMILE**

The Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

> Re:  Avon Products, Inc. v. Chattem, Inc.
> Civil Action No. 1:07-CV-11434-DC
> Our Reference: 020303-002001

Dear Judge Chin:

The parties to this action jointly request an extension of time, through and including July 31, 2008, for Plaintiff to serve its Complaint. The current deadline to serve the Complaint is **June 20, 2008.** This is the parties' second request for an extension of time to serve the Complaint. This extension is being requested to allow the parties more time to continue settlement discussions and is not for the purpose of delay.

*Approved. FiNAL.*
*So ORDERED,*
*USDJ 6/17/08*

Respectfully submitted,

Joseph A. Calvaruso
Attorney for Plaintiff,
Avon Products, Inc.

JAC:gb

cc: Dominick A. Conde, Esq.
(Attorney for Defendant, Chattem, Inc. via fax)

OHS East:160443556.1