AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Avon Products, Inc.

V.

Chattem, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11434**

**JUDGE CHIN**

TO: (Name and address of Defendant)

Chattem, Inc.
1715 West 38th Street
Chattanooga, TN 37409

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph A. Calvaruso
Peter Bucci
Dennis C. Hopkins
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  DEC 2 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 25, 2008 at 5:00 P.M. |
| NAME OF SERVER (PRINT) Robert Brian Taylor | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Vel Keplinger - Assistant to Chairman and CEO of Chattem, Inc., 1715 West 38th St. Chattanooga, TN. 37409

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 25, 2008
          Date

Signature of Server

85 West St. Ringgold, GA. 30736
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.