# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

| | |
|---|---|
| AVON PRODUCTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHATTEM, INC., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:07-CV-11434-DC |

## CONSENTED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Chattem, Inc., by and through undersigned counsel, hereby move the Court for an extension of time, through and including September 4, 2008, for Defendant to Answer, move or otherwise respond to the Complaint. This is the first extension to Answer that has been sought and is not for the purpose of delay. Plaintiffs have consented to this extension.

~~A proposed Order granting this consent motion is attached hereto.~~

Respectfully submitted this 14th day of August, 2008.

_____
Joseph A. Calvaruso
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Tel: (212) 506-5140
Fax: (212) 506-5151

Attorney for Plaintiff
Avon Products, Inc.

_____
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, N.Y. 10112-3801
Tel: (212) 212-218-2204
Fax: (212) 218-2200

Attorney for Defendant
Chattem, Inc.

SO ORDERED.

_____
USDJ  8/14/08