# FITZPATRICK, CELLA, HARPER & SCINTO
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112-3800
212-218-2100
FACSIMILE (212) 218-2200
WWW.FITZPATRICKCELLA.COM

WASHINGTON OFFICE
975 F STREET, N.W.
WASHINGTON, D.C. 20004-1405
(202) 530-1010
FACSIMILE (202) 530-1055

CALIFORNIA OFFICE
650 TOWN CENTER DRIVE, SUITE 1600
COSTA MESA, CALIFORNIA 92626-7130
(714) 540-8700
FACSIMILE (714) 540-9823

DOMINICK A. CONDE
DIRECT DIAL (212) 218-2204
E-MAIL dconde@fchs.com

September 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

BY FACSIMILE

The Honorable Denny Chin
United States District Judge
United States District Court
  Southern District of New York
500 Pearl Street, Room 1020
New York, N.Y. 10007

Re:  Avon Products, Inc. v. Chattem, Inc.
     Civil Action No. 1:07-CV-11434-DC

Judge Chin:

The parties to this action jointly request an extension of time, through and including September 11, 2008, for Defendant to Answer, move or otherwise respond to the Complaint. The current deadline for Defendant to Answer is September 4, 2008. This is the parties' second consented request for an extension to Answer and is not for the purpose of delay.

Respectfully submitted,

_____
Joseph A. Calvaruso
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Tel: (212) 506-5140
Fax: (212) 506-5151

Attorney for Plaintiff
Avon Products, Inc.

_____
Dominick A. Conde
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, N.Y. 10112-3801
Tel: (212) 212-218-2204
Fax: (212) 218-2200

Attorney for Defendant
Chattem, Inc.

The Honorable Denny Chin
September 3, 2008
Page 2

SO ORDERED this \_\_\_\_4th\_\_\_\_ day of September, 2008

_____
The Honorable Denny Chin
United States District Judge

FCHS_WS 2433114v1